# United States District Court

__SOUTHERN__     **DISTRICT OF**     __NEW YORK__

ROBERT SIRIGNANO

## SUMMONS IN A CIVIL CASE

### V.

CASE NUMBER:

THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND W. KELLY,
INSPECTOR THOMAS GALATI, CAPTAIN
RONALD HAAS, POLICE OFFICER RAINER
BOECKMANN, SERGEANT ANTHONY RUSSO,

## 05 CV 6986

## JUDGE DANIELS

TO: (Name and address of defendant)

Sergeant Anthony Russo
Brooklyn South Gang Division
2 Marine Terminal
Brooklyn, NY

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicole Bellina, Esq.
Stoll & Glickman, L.L.P.
71 Nevins St.
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG - 5 2005

CLERK

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 08/10/05 @ 2:37 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JEROME BELL | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Left copies thereof at defendant's place of business with a person of suitable age: Mark Green, black male, black hair brown eyes, 5'6 medium build 180 lbs 45-50 years

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08/11/05
Date

Jerome L Bell
Signature of Server

420 Atlantic Ave, Brooklyn NY 11217
Address of Server